STATE OF CONNECTICUT *v.* KENNETH GELORMINO, JR.

The state of Connecticut's petition for certification for appeal from the Appellate Court, 24 Conn. App. 556, is denied.

*Judith Rossi,* assistant state's attorney, in support of the petition.

*Vicki H. Hutchinson,* special public defender, in opposition.

Decided June 20, 1991

BRUCE WILLIAMS, JR. *v.* GEORGE D. BRONSON, WARDEN, STATE PRISON

ARTHUR HYDE *v.* GEORGE D. BRONSON, WARDEN, STATE PRISON

DOMINIC VINCENZO *v.* GEORGE D. BRONSON, WARDEN, STATE PRISON

Bruce Williams, Jr., Arthur Hyde and Dominic Vincenzo's petition for certification for appeal from the Appellate Court, 24 Conn. App. 612, is denied.

*David L. Kent,* in support of the petition.

*Richard T. Biggar,* assistant attorney general, in opposition.

Decided June 20, 1991

JOSEPH ANCONA *v.* BOARD OF TELEVISION AND RADIO EXAMINERS

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 832, is denied.

*Donald E. Wasik,* assistant attorney general, in support of the petition.

*Donald L. MacKie,* in opposition.

Decided June 20, 1991